# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHER DIVISION

SONIA M. EVANS, for DCB, minor,

    Plaintiff,

Case No: 11-11862

v.

HONORABLE DENISE PAGE HOOD

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date remanding this matter to the Commissioner of Social Security for further proceedings;

Accordingly, judgment is entered in favor of Plaintiff and against Defendant.

                                          DAVID J. WEAVER
                                          CLERK OF COURT

Approved:                                        By: s/Lashawn Saulsberry
                                                      Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: July 31, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2012, by electronic and/or ordinary mail.

                                          S/LaShawn R. Saulsberry
                                          Case Manager